and certified copies of all minutes and entries relating thereto; and the motion for a reargument and for a preference denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GLENS FALLS INDEMNITY COMPANY, Appellant, v. TOBIAS G. JASPER, Doing Business, etc., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

448 WEST 153RD STREET CORPORATION, Respondent, v. HARRY FISCHEL and SAMUEL COHEN, Appellants.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied as to item 7. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRMA J. BROWN, Appellant, v. SEGAL LOCK & HARDWARE CO., INC., Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

VICTOR L. GROSS, Appellant, v. BIRDIE GROSS, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LAWRENCE H. BREMER and N. A. MERRITT & Co., INC., Respondents, v. JOHN E. HORN and Others, Defendants, Impleaded with ROBERT A. McCRAY, Appellant. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LAWRENCE H. BREMER and N. A. MERRITT & Co., INC., Respondents, v. JOHN E. HORN and Others, Defendants, Impleaded with ROBERT A. McCRAY, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

COLORCRAFT CORPORATION, Appellant, v. JOHN J. RIORDAN, JR., Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH CIGNO, Respondent, for a Peremptory Mandamus Order, against JAMES S. BOLAN, as Police Commissioner of the City of New York and FELIX A. MULDOON, as Second Deputy Police Commissioner in Charge of Taxicabs, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley JJ.

HARRY SHERMAN, as President of the Moving Picture Machine Operators Union, Local 306, of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Appellant, v. WALTER READE and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.